1  LAWRENCE G. BROWN
   Acting United States Attorney
2  MATTHEW C. STEGMAN
   Assistant United States Attorney
3  BRIAN J. MILLER
   Certified Law Clerk, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California  95814
5  Telephone: (916) 554-2810

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    Cr. No. S-09-00249 DAD
                                )
12          Plaintiff,           )    Stipulation to Continue Initial
                                )    Appearance and Order
13      v.                      )
                                )    Date: June 23, 2009
14 MICHAEL LIETTE,              )    Time:  10:00 a.m.
                                )    Judge: Hon. Dale A. Drozd
15          Defendant.           )
                                )
16 _____ )

17      It is hereby stipulated and agreed between the United States
18 and the defendant, MICHAEL LIETTE, to continue the initial
19 appearance set for June 23, 2009, at 10:00 a.m., to July 14, 2009,
20 at 10:00 a.m.
21      The Government requests this continuance because the
22 Government has recently received discovery from the defense and
23 the parties are attempting to resolve this matter.  The Government
24 requires additional time to review the newly received documents.
25 ///
26 ///
27 ///
28 ///

                                1

1       The parties agree that the Court should exclude the time
2  period from the date of this order through July 14, 2009, pursuant
3  to 18 U.S.C. § 3161(h)(7)(B)(iv), [Local Code T4] of the Speedy
4  Trial Act, for reasonable time to prepare, as the parties are
5  working to resolve this matter prior to the initial appearance
6  date of June 23, 2009.
7  DATED: June  22 , 2009            Very Truly Yours,
8                                    LAWRENCE G. BROWN
                                     Acting United States Attorney
9
10                                   By:  /s/ Heiko Coppola for
                                          MATTHEW C. STEGMAN
11                                        Assistant U.S. Attorney

12                                   By:  /s/ Brian J. Miller
                                          BRIAN J. MILLER
13                                        Certified Law Clerk

14

15 DATED: June  22 , 2009            By:  /s/ Christopher Wing
                                          CHRISTOPHER WING
16                                        Attorney for Defendant

17

18                        O R D E R

19 IT IS SO ORDERED:

20 DATED: June 23, 2009.

21

22                    _____
                      DALE A. DROZD
23                    UNITED STATES MAGISTRATE JUDGE

24

25

26 Ddad1/orders.criminal/liette0249.stipord

27

28

                                2