```
LAWRENCE G. BROWN
Acting United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
BRIAN J. MILLER
Certified Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2810
```

FILED

JUL - 9 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Cr. No. S-09-0249 DAD |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE |
| v. | AND [~~PROPOSED~~ DAD] ORDER |
| MICHAEL LIETTE, |  |
| Defendant. | DATE: July 14, 2009<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an

///
///
///
///
///
///
///
///

1

1 | Order dismissing without prejudice the information filed in the
2 | about entitled matter, based on insufficient evidence.
3 | DATED: July 9, 2009

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

                            By: /s/ Matthew C. Stegman
                                MATTHEW C. STEGMAN
                                Assistant U.S. Attorney

[~~PROPOSED~~ 2ND] ORDER

IT IS SO ORDERED:

DATED: July 9, 2009

/s/ Dale A. Drozd

HON. DALE A. DROZD
United States Magistrate Judge

2

CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on July 08, 2009, he served a copy of **Government's Motion to Dismiss Information without Prejudice and [Proposed] Order** by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addressee(s):

Christopher Wing
1101 E Street
Sacramento, CA 95814

　　　　　　　　　　　　　　　　　／s/ Brian J. Miller
　　　　　　　　　　　　　　　　　BRIAN J. MILLER